IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHA-POPPIN GOURMET POPCORN LLC, an Illinois limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an Ohio corporation, and, RCSH OPERATIONS, LLC, Louisiana limited liability company, RCSH OPERATIONS, INC., a California corporation (together d/b/a Ruth's Chris Steak House), and PHUNWARE INC., a Delaware corporation, individually and on behalf of all others similarly situated,<br><br>*Defendants*. | Case No. 1:20-cv-02523 |

**DECLARATION OF MATTHEW AUNE IN SUPPORT OF PHUNWARE, INC.'S
<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

I, Matthew Aune, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am over the age of 18 and am competent to testify to the matters contained herein.

2.  I am the Chief Financial Officer of Phunware, Inc. ("Phunware"), a small publicly traded company that offers mobile device software platforms to companies, helping them engage, manage, and monetize their mobile application audiences.

3.  Phunware is incorporated under the laws of the State of Delaware and maintains its principal place of business at 7800 Shoal Creek Blvd, Suite 230-S, in Austin, Texas 78757.

Exhibit 1

**Phunware's Application for a PPP Loan**

4. Like other businesses around the country, Phunware has not been immune to the economic hardships caused by the Covid-19 pandemic, and was forced to implement cost-cutting measures, including furloughing approximately 37 employees (or about 42% of Phunware's workforce).

5. To reduce the impact of further hardships, Phunware applied for a Paycheck Protection Program loan ("PPP") under the CARES Act. I was personally involved in the application process.

6. On March 30, 2020, I contacted Phunware's commercial banking relationship manager at JPMorgan Chase ("JPMorgan") located in Austin, Texas.

7. On April 2, 2020, our JPMorgan representative contacted me by email to let me know that the Small Business Administration ("SBA") had just released PPP guidelines, and that JPMorgan would be sending an application to Phunware soon.

8. On April 5, I received another update from JPMorgan that the bank was ready to accept applications for SBA PPP loans, and our JPMorgan representative emailed the application to me.

9. On behalf of Phunware, I prepared and submitted its PPP application to JPMorgan on April 6. I received confirmation of our submission the same day.

10. Between April 7 and April 9, I worked with our local JPMorgan representative by email and telephone to resolve issues with Phunware's application.

11. I submitted Phunware's revised PPP application to JPMorgan on April 9.

12. On April 10, I received a telephone call from our local JPMorgan representative that Phunware's application had been processed and that funds were credited to Phunware's bank account.

13. I reside in San Diego, California, and all of my communications with our Austin based JPMorgan representative took place while I was present in the State of California. As CFO for Phunware, I am primarily responsible for managing Phunware's JPMorgan commercial banking account through JPMorgan's Austin, Texas branch.

14. I am the primary Phunware representative who communicated with JPMorgan regarding Phunware's PPP loan application.

**Phunware Does Not Have Business Operations in the State of Illinois**

15. Phunware does not have any operating offices in the State of Illinois.

16. Phunware does not have any employees located in Illinois.

17. Phunware is not registered to do business in Illinois.

18. Phunware does not own any real property in Illinois.

19. Phunware does not target its advertisements specifically to Illinois.

20. Phunware does not have an Illinois phone number.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on this 18th day of May, 2020.



Matthew Aune, Chief Financial Officer, Phunware, Inc.

3