# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sha–Poppin Gourmet Popcorn LLC

                                              Plaintiff,

v.                                                                                     Case No.: 1:20–cv–02523
                                                                                     Honorable Joan B. Gottschall

JPMorgan Chase Bank, N.A, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: Any response to plaintiff's motion to relate cases [43] is due on or before 8/21/2020 after which date the motion will be taken under advisement. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.