IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHA-POPPIN GOURMET POPCORN LLC, an Illinois limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an Ohio corporation, and<br><br>RCSH OPERATIONS, LLC, Louisiana limited liability company, RCSH OPERATIONS, INC., a California corporation (together d/b/a Ruth's Chris Steak House), and PHUNWARE, INC., a Delaware corporation, individually and on behalf of all others similarly situated,<br><br>*Defendants*. | Case No. 1:20-cv-02523<br><br>Honorable Joan B. Gottschall |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Sha-Poppin Gourmet Popcorn LLC hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) *only* as to Defendants RCSH Operations, LLC and RCSH Operations, Inc. (collectively, "RCSH"), without prejudice as to all individual and class claims brought in its Complaint.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part that: "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i). RCSH has neither answered Plaintiff's complaint nor moved for summary

1

judgment. Accordingly, the action against RCSH may be dismissed without prejudice and without an order of the Court.

Respectfully submitted,

Dated: October 12, 2020     **SHA-POPPIN GOURMET POPCORN LLC,**

By: /s/ Benjamin H. Richman
      One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
Ari J Scharg
ascharg@edelson.com
Daniel J. Schneider
dschneider@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

## **CERTIFICATE OF SERVICE**

  I, Benjamin H. Richman, an attorney, hereby certify that on October 12, 2020, I served the above and forgoing ***Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)*** by causing a true and accurate copy of the same to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                /s/ Benjamin H. Richman