IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHA-POPPIN GOURMET POPCORN LLC, an Illinois limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an Ohio corporation, and<br><br>PHUNWARE, INC., a Delaware corporation, individually and on behalf of all others similarly situated,<br><br>*Defendants.* | Case No. 20-cv-02523 |
| AJIRA AI LLC, an Illinois limited liability company, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., an Ohio corporation, and<br><br>*Defendants.* | Case No. 20-cv-04428 |

**MOTION FOR LEAVE TO WITHDRAW DANIEL SCHNEIDER'S
APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF**

Edelson PC respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record for Plaintiff Sha-Poppin Gourmet Popcorn LLC ("Plaintiff"). In support of this Motion, Edelson PC states as follows:

1.  As of January 1, 2021, Mr. Schneider no longer works with the law firm Edelson PC, which has been retained to represent Plaintiff in this matter.

1

2

      2.      Although Mr. Schneider will no longer be working with Edelson PC and will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Benjamin Richman, Ari Scharg, Benjamin Thomassen and Christopher Dore. Plaintiff will, therefore, not be prejudiced by Mr. Schneider's withdrawal.

      WHEREFORE, Edelson PC respectfully requests that the Court enter an order granting leave to withdraw Daniel Schneider as one of the attorneys of record for Plaintiff.

Respectfully submitted,

Dated: January 26, 2021      By: /s/Benjamin Richman

Benjamin Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378