IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SHA-POPPIN GOURMET POPCORN LLC, *Plaintiff*, v. JPMORGAN CHASE BANK, N.A., *Defendant*. | Case No.: 1:20-cv-2523 Honorable Nancy L. Maldonado |

**JOINT STATUS REPORT**

Pursuant to this Court's July 24, 2023 order (dkt. 109), Plaintiff Sha-Poppin Gourmet Popcorn LLC and Defendant JPMorgan Chase Bank, N.A., (collectively, "the Parties"), hereby submit the following joint status report:

1. The JAMS Appellate Panel issued a final ruling on the question of arbitrability on August 3, 2023. The Appellate Panel ruled that Plaintiff's claims are arbitrable under both the arbitration provision contained in the Deposit Account Agreement and the arbitration provision contained in the Digital Services Agreement.

2. Plaintiff plans to proceed in arbitration.

3. The Parties respectfully submit that the next status report concerning this matter should be submitted on or before March 29, 2024.

SHA-POPPIN GOURMET POPCORN LLC,
individually and on behalf of all others similarly situated,

Dated: September 22, 2023

By: /s/ Zoë Seaman-Grant
One of Plaintiff's Attorneys

J. Eli Wade-Scott
ewadescott@edelson.com
Roger Perlstadt
rperlstadt@edelson.com
Schuyler Ufkes
sufkes@edelson.com
Zoë Seaman-Grant
zseaman-grant@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**JPMORGAN CHASE BANK, N.A.**,

Dated: September 22, 2023     By: /s/ Jonathan H. Claydon
               One of Defendant's Attorneys

Paul J. Ferak
Jonathan H. Claydon
GREENBERG TRAURIG, LLP
77 W. Wacker Dr., Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400